IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JAMES LAMONT TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-104 |
| | ) | |
| BRIAN KEITH EPPS, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

There now being a conflict of interest, I hereby recuse myself from this case pursuant to 28 U.S.C. § 455. The Clerk of Court is **DIRECTED** to forward a copy of this Order to the assigned District Judge for reassignment.

SO ORDERED this 9th day of July, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA